**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ADAM WASKIEWICZ                    :
    Plaintiff                         :
                             :
v.                                 :        C.A. No.:   3:25-CV-30006-MGM
                             :
MITCHELL KUC, et al                :
    Defendants                       :
                             :

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendants Mitchell Kuc and Michael Romano in the above-captioned matter.

Defendants,
Mitchell Kuc and Michael Romano
By their attorney,

/s/ Michael J. Akerson
Michael J. Akerson, Esq.
BBO # 558565
Vigliotti, Gambaccini & Akerson, P.C
4 Lancaster Terrace
Worcester, MA 01609
508-686-0979
makerson@vgalawpc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 17, 2026.

/s/ Michael J. Akerson
Michael J. Akerson