UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO:  3:25-30006-MGM

ADAM E. WASKIEWICZ,                                )
    Plaintiff,                                            )
                                                             )
v.                                                                )
                                                             )
MITCHELL KUC, JOHN ROBITAILLE,        )
MICHAEL ROMANO, ALEX LEVIGNE,        )
JACOB MARINI, and THE TOWN OF HADLEY,  )
    Defendants.                                        )

## NOTICE OF DISAPPERANCE

Please withdraw my appearance on behalf of the defendants in the above-captioned matter.

RESPECTFULLY SUBMITTED

THE DEFENDANTS,
MITCHELL KUC, JOHN ROBITAILLE,
MICHAEL ROMANO, ALEX LAVIGNE,
JACOB MARINI, and THE TOWN OF
HADLEY

Dated: April 29, 2026

By____*/s/ Julia Sudol, Esq.*_____
Julia Sudol, Esq., BBO #715770
Robinson Donovan, P.C.
1500 Main Street, Suite 2400
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 452-0370
jsudol@robinsondonovan.com

## **CERTIFICATE OF SERVICE**

I, Julia Sudol, Esq., hereby certify that on this 29th day of April 2026, I served a copy of the above upon the parties in this action by **E-MAIL**, to:

Adam E. Waskiewicz
83 Chmura Road
Hadley, MA 01035
aewaskiewicz12@gmail.com


*Subscribed under the penalties of perjury.*

/s/ Julia Sudol
Julia Sudol, Esq.